# Court of Appeals
# of the State of Georgia

ATLANTA,  April 20, 2018

*The Court of Appeals hereby passes the following order:*

### A18A1306. JERRY A. LANDERS, JR., AS ADMINISTRATOR OF THE ESTATE OF SHAHRAM SHAHRIARI v. SHAHRZAD SHAHRIARI et al.

In this civil action, the trial court granted summary judgment to the defendants. We affirmed the trial court's judgment in an unpublished opinion in 2016. See *Landers v. Shahriari*, No. A16A0014 (June 9, 2016). In the interim, the defendants filed a motion for OCGA § 9-15-14 attorney fees, which the trial court granted in 2017. Plaintiff Jerry A. Landers, Jr., as Administrator of the Estate of Shahram Shahriari, then filed this direct appeal. We lack jurisdiction.

An appeal from a trial court order awarding OCGA § 9-15-14 attorney fees must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (10), (b); *Capricorn Systems, Inc. v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Landers's failure to follow the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Capricorn Systems, Inc.*, 253 Ga. App. at 842.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/20/2018*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*